

**NUMBER 13-13-00319-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE MACIAS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 214th District Court
of Nueces County, Texas.**

---

**O R D E R**

**Before Justices Rodriguez, Garza, and Benavides
Order Per Curiam**

This cause is before the Court on appellant's motion to supplement the appellate record with original exhibits admitted at trial, State's Exhibits 16, 23, 24, 25, and 26, and Defense Exhibit 12 in Cause No. 12-CR-3963-F.

The Court, having fully examined and considered appellant's motion to supplement the appellate record with original exhibits, is of the opinion that the motion should be

granted. Appellant's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward to this Court within fifteen days from the date of this order the original exhibits admitted at trial in Cause No. 12-CR-3963-F, State's Exhibits 16, 23, 24, 25, and 26, and Defense Exhibit 12, all of which are CDs containing images, videos and the recording of the 911 call.

PER CURIAM

Do not publish.
Tex R. App. P. 47.2(b).

Delivered and filed the
21st day of August, 2014.